**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| DAVID RAVARINO, *et al.,*<br><br>                              Plaintiffs,<br><br>     v.<br><br>VOYA FINANCIAL, INC., *et al.,*<br><br>                              Defendants. | Civil Action No. 3:21-cv-01658-OAW<br><br>June 17, 2025 |

## CONSENT MOTION FOR LEAVE TO AMEND ANSWER

Pursuant to Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 7(a)(7), Defendants Voya Financial, Inc., Voya Institutional Trust Co., Voya Retirement Insurance and Annuity Co., Voya Investment Trust Co., Voya Investment Management LLC[1], Voya Financial Plan Administrative Committee, and Voya Financial Plan Investment Committee ("Defendants") hereby respectfully move the Court for leave to amend the Answer filed July 27, 2023 (ECF No. 63) in light of and consistent with the Supreme Court's recent opinion in *Cunningham v. Cornell Univ.*, 604 U.S. ---, 145 S. Ct. 1020 (2025) and request that the Court also enter an order requiring Plaintiffs to file a reply to the Amended Answer within thirty days of the filing of the Amended Answer.  A copy of the redline version and clean version of the proposed Amended Answer are attached hereto as Exhibits A and B, respectively, and a copy of the exhibits attached to the Amended Answer are attached as Exhibits 1–58.

Plaintiffs consent to the filing of the Amended Answer and the other relief requested herein. L. Civ. R. 7(f)(1).

---

[1] Voya Investment Management LLC is erroneously named and identified in the Complaint as Voya Investment Management Co. LLC.

1

WHEREFORE, for the reasons set forth herein and in the accompanying memorandum of law, Defendants respectfully request that the Court grant them leave to file the proposed Amended Answer, along with Exhibits 1–58, enter an order requiring Plaintiffs to file a reply to the Amended Answer within thirty days of the First Amended Answer being filed pursuant to Fed. R. Civ. P. 7(a)(7), and for such other and further relief as this Court may deem just and proper.

Dated: June 17, 2025

Respectfully submitted,

*/s/ William J. Delany*
William J. Delany (admitted *pro hac vice*)
Michael J. Prame (admitted *pro hac vice*)
Caroline Wood (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Tel No. (202) 861-0164
Fax No. (202) 659-4503
Email: wdelany@groom.com
mprame@groom.com
tsikes@groom.com

Andrew D. O'Toole (ct-20015)
O'TOOLE + O'TOOLE PLLC
280 Trumbull Street, 15th Floor
Hartford, CT 06103
Tel. No. (860) 519-5805
Fax No. (914) 232-1599
Email: aotoole@otoolegroup.com

*Counsel for Defendants Voya Financial, Inc., Voya Institutional Trust Co., Voya Retirement Insurance and Annuity Co., Voya Investment Trust Co., Voya Investment Management Co. LLC, Voya Financial Plan Administrative Committee, and Voya Financial Plan Investment Committee*

2